1
2
3
4
5
6       NOTE: CHANGES MADE BY THE COURT
7
8
9
10
11              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  FLEISCHER STUDIOS, INC., and | ) Case No. 2:14-cv-8864-CJC (SHx) |
|     HEARST HOLDINGS, INC., | ) |
| 14 | ) Hon. Cormac J. Carney |
| 15              Plaintiffs, | ) Courtroom 9B |
| 16  v. | ) |
|     | ) **JUDGMENT** |
| 17  A.V.E.L.A., INC., | ) |
| 18 | ) |
|                 Defendant. | ) Hearing:    April 18, 2016 |
| 19 | ) Time:       1:30 p.m. |
| 20 | ) Courtroom:  9B |
|     | ) |
| 21  | ) |

22
23
24
25
26
27
28

JUDGMENT

10936230-v4

# JUDGMENT

An order of summary judgment pursuant to Fed. R. Civ. P. 56 having been issued by the Court on March 7, 2016 in favor of Plaintiff Fleischer Studios, Inc. and Plaintiff Hearst Holdings, Inc. (collectively, "Plaintiffs") and against Defendant A.V.E.L.A., Inc., and a decision having been duly rendered,

IT IS ORDERED, ADJUDGED AND DECREED that judgment now be entered in favor of Plaintiffs against Defendant in the amount of $772,718.27, which includes interest accrued from May 6, 2014 through March 14, 2016.

Dated:     May 23, 2016

_____
Hon. Cormac J. Carney
United States District Judge